**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Klausner Lumber One LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Klausner Lumber 1, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0849109** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **17152 46th Trace** **Live Oak, FL 32060** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suwannee** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Klausner Lumber One LLC**                                      Case number (if known) _____

     Name

**7.** **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Klausner Lumber One LLC**                                       Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Klausner Lumber One LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April/26/2020
MM / DD / YYYY

X _____    **Leopold Stephan**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X */s/ Daniel B. Butz*    Date 04/30/2020
Signature of attorney for debtor    MM / DD / YYYY

**Daniel B. Butz, Esq.**
Printed name

**Morris, Nichols, Arsht & Turnell LLP**
Firm name

**1201 N. Market Street, #1600**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-351-9348**    Email address  **DButz@MNAT.com**

4227 Delaware
Bar number and State

**KLAUSNER LUMBER ONE LLC**
<u>**WRITTEN CONSENT OF THE BOARD OF**</u>
<u>**DIRECTORS**</u>

The undersigned, being the sole director of the Board of Directors (the "**Board**") of Klausner Lumber One LLC, a Delaware limited liability company (the **"Company"**), in accordance with and pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement and Bylaws of the Company, and without the formality of convening a meeting, consents to the adoption of the following resolutions:

**WHEREAS,** the Board has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS**, as a result of the Company's current financial situation, it appears that it is necessary to file for reorganization of the Company under chapter 11 (the **"Bankruptcy"**) of title 11 of the United States Code (the **"Bankruptcy Code"**) in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

<u>**AUTHORIZATION TO FILE VOLUNTARY**</u>
<u>**PETITION UNDER CHAPTER 11**</u>

**IT IS THEREFORE, RESOLVED,** that the Board has determined in its judgment that it is desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy; and it is

**FURTHER RESOLVED,** that the President of the Company, together with any other person or persons hereafter designated in writing by the Board (each individually an

"**Authorized Officer**" and collectively the "**Authorized Officers**"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and it is

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession loan documents, and any and all amendments, supplements, modifications, extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; and it is

**FURTHER RESOLVED,** that the law firms of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP ("**WBEMZ**") and Morris, Nichols, Arsht & Tunnell LLP ("**MNAT**") are hereby engaged as general bankruptcy counsel and local bankruptcy counsel, respectively, to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of WBEMZ and MNAT; and it is

**FURTHER RESOLVED,** that the firm of Asgaard Capital LLC ("**Asgaard**") is hereby engaged as restructuring advisor for the Company in Bankruptcy, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to cause

to be filed an appropriate application for authority to retain the services of Asgaard; and it is

**FURTHER RESOLVED,** that pursuant to the Company's engagement agreement with Asgaard, Michael Freeman shall hereinafter be regarded and treated in all respects as Chief Restructuring Officer of the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code and shall be deemed an Authorized Officer in the Bankruptcy; and it is

**FURTHER RESOLVED,** that the firm of Cypress Holdings LLC ("**Cypress**") is hereby engaged as investment banker for the Company in the Bankruptcy, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Cypress; and it is

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval.

## APPOINTMENT OF INDEPENDENT DIRECTOR

**IT IS THEREFORE, RESOLVED**, that (i) Nat Wasserstein of Linden Wood Associates, LLC, effective upon his acceptance in writing, is hereby appointed as an independent director on the Board (the "**Independent Director**"), and, in such capacity, shall assist the Board and Officers of the Company in the management of the business and affairs of the Company during the pendency of the Bankruptcy, (ii) in connection with such appointment and acceptance, the number of directors serving on the Board increase from one (1) person to two (2) persons and (iii) following such appointment and acceptance, the directors serving on the Board shall consist

of Leopold Stephan and Nat Wasserstein; and it is

**FURTHER RESOLVED** that, following the appointment and acceptance of the Independent Director, in the event that any transaction, agreement or other matter involving the Company is proposed to be approved by the Board, and the undersigned director is conflicted with respect to such transaction, agreement or other matter (whether pursuant to his relationship with parent companies or affiliates of the Company or otherwise) (any such transaction, agreement or other matter, a "**Conflicted Matter**"), the undersigned Director shall recuse himself from such Conflicted Matter and the Independent Director shall be authorized and empowered to act on behalf of the Board in connection with such Conflicted Matter without the consent of the undersigned Director, and shall be deemed an Authorized Officer in connection therewith.

## <u>RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS</u>

**IT IS THEREFORE, RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all  such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions;  and it is

**FURTHER RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were

taken before these resolutions were certified, are hereby in all respects ratified and approved; and it is

**FURTHER RESOLVED, RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Board and the undersigned hereby waives all requirements as to notice of a meeting.

**IN WITNESS WHEREOF,** the undersigned sole Director of the Board hereby evidences

its written consent to the foregoing resolutions effective as of this  26  day of April 2020.

**LEOPOLD STEPHAN AS SOLE DIRECTOR OF
THE BOARD OF DIRECTORS OF KLAUSNER
LUMBER ONE, LLC**

By: _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Klausner Lumber One LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KHT Klausner Holz Thüringen GmbH Am Bahnhof 123 Saalburg-Ebersdorf 16 DE  07929** | | **Trade/Loan** | **Contingent Unliquidated Disputed** | | | **$12,189,507.71** |
| **Klausner Holz Sachsen GmbH Industriestrasse 1 Kodersdorf 14 14 DE  02923** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$3,022,793.57** |
| **Taylor Industrial Construction, Inc. 1321 Shady Oak Lane Jasper, FL 32052** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$1,352,798.69** |
| **Klausner Trading International GmbH Bahnhofstraße 13 Oberndorf in Tirol T AT  6372** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$744,287.58** |
| **Springer Maschinenfabrik AG Hans-Springer-Stras se 2 Friesach / Kärnten AT 9360** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$659,240.41** |
| **K&L Gates, LLP, Attn: April Boyer 200 South Biscayne Boulevard Suite 3900 Miami, FL 33131** | | **Legal Services** | **Contingent Unliquidated Disputed** | | | **$540,767.01** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Klausner Lumber One LLC**                                            Case number *(if known)*
_____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Four Rivers Land & Timber Company 1700 Foley Lane Perry, FL 32347** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$422,704.57** |
| **KHN Klausner Holz Niedersachsen Am Bahnhof 123 Saalburg-Ebersdorf 16 DE  07929** | | **Loan** | **Contingent Unliquidated Disputed** | | | **$400,000.00** |
| **Sunbelt Rentals, Inc. 2341 Deerfield Drive Fort Mill, SC 29715** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$324,991.11** |
| **M.A. Rigoni, Inc. 2365 North US 19 Perry, FL 32347** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$286,050.29** |
| **Dixie Industrial, Inc. 5349 Highway Avenue Jacksonville, FL 32254** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$269,908.73** |
| **Peninsula Pipeline PO Box 960 Winter Haven, FL 33882** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$244,400.00** |
| **U.S. Lumber Coalition 1750 K Street, NW, Suite 800 Washington, DC 20006** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$175,185.95** |
| **Alford Timber Inc. 3816 Reid Street Palatka, FL 32177** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$148,777.75** |
| **Cogburn Bros., Inc. 3300 Faye Road Jacksonville, FL 32226** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$118,923.75** |
| **MAHILD Drying Technologies GmbH Meisenweg 1 Nürtingen DE 72622** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$116,876.59** |
| **W.W. Gay Fire Systems, Inc. 522 Stockton Street Jacksonville, FL 32204** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$113,493.84** |
| **Big Bend Timber Services, LLC 2182 S Jefferson Monticello, FL 32344** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$112,150.77** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Klausner Lumber One LLC**
         Name                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pierce Timber Company, Inc. 2943 Bob Bowen Road Blackshear, GA 31516** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$84,160.41** |
| **Valdosta #1, Inc. 178 Bonhomie Road Hattiesburg, MS 39401** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$82,175.88** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

LIST OF CREDITORS


AA ELECTRIC  S.E.,  INC.
2011 SOUTH COMBEE ROAD
LAKELAND, FL 33801

AAA EVENT SERVICE LLC
PO BOX 907
HIGH SPRINGS, FL 32655


ACCURATE BACKGROUND CHECK, INC
519 SOUTH PINE AVENUE
OCALA, FL 34471

ACTION RENTALS
1620 TAMPA EAST BOULEVARD
TAMPA, FL 33619

ADAMS AIR & HYDRAULICS INC.
904 SOUTH 20TH
TAMPA, FL 33605

ADP, INC.
PO BOX 842875
BOSTON, MA 02284

ADVANCED REFRIGERATION & A/C
520 W HAMPTON SPRINGS AVENUE
PERRY, FL 32347

ALACHUA FIRE EXTINGUISHER CO.
2939 SW WILLISTON ROAD
GAINESVILLE, FL 32608

ALFORD TIMBER INC.
3816 REID STREET
PALATKA, FL 32177


AMARK, INC.
31848 SE PIPELINE ROAD
GRESHAM, OR 97080

AMAZON
1200 12TH AVENUE SOUTH SUITE 1200
SEATTLE, WA 98144

ANDERSON TIMBER COMPANY
910 NORTH CALHOUN STREET
PERRY, FL 32347

ANTONIO MCCULLOUGH
671 SW MACON STREET
MADISON, FL 32340

APPLIED INDUSTRIAL TECHNOLOGIES
 22510 NETWORK PLACE
CHICAGO, IL 60673

ASC ALPHA BETRIEBS, VERWALTUNGS
UND BETEILIGUNGS GMBH
BöSENDORFERSTRASSE 2/15
WIEN AT 1010

ATLANTA BELTING COMPANY
 560 EDGEWOOD AVENUE NE
ATLANTA, GA 30312

AUFT GMBH ANTRIEBS-
UND FöRDERTECHNIK
ALTENILPE 16
SCHMALLENBERG
DE 57392

AXELENT,  INC.
14503 S. GOUGAR ROAD
SUITE 900
LOCKPORT, IL  60441

B&E HAULING, INC.
PO BOX 422
WHITE SPRINGS, FL 32096

BALFOUR TIMBER COMPANY, INC.
PO BOX 648
THOMASVILLE, GA 31799

BARCODES INC.
PO BOX 0776
CHICAGO, IL 60690

BASCOM SOUTHERN LLC
ONE SW COLUMBIA STREET
SUITE 1700
PORTLAND, OR 97258

BEARINGS AND DRIVES, INC.
AKA B&D TECHNOLOGIES
3367 DOGWOOD DRIVE
ATLANTA, GA 30354

BEKAWORLD  LP
2775 NORTH HILLS DRIVE, NE
ATLANTA, GA 30305

BIG BEND REBAR, INC.
ONE CORPORATE COURT
QUINCY, FL 32351

BIG BEND TIMBER SERVICES, LLC
2182 S JEFFERSON
MONTICELLO, FL 32344

BLUEALLY
1255 CRESCENT GREEN
SUITE 300
CARY, NC 27518

BOULEVARD TIRE CENTER
C/O KIRK T. BAUER
BAUER & ASSOCIATES
PO BOX 459
DELAND, FL 32721

BUTLER LOGGING, INC.
5570 BULB FARM ROAD
WELLBORN, FL 32094

C.H.ROBINSON COMPANY
 PO BOX 9121
MINNEAPOLIS, MN 55480

CALLAHAN TIMBER CO., INC.
450038 STATE ROAD 200
CALLAHAN, FL 32011

CEM  SOLUTIONS
1183 EAST OVERDRIVE CIRCLE
HERNANDO, FL 34442

CERTIFIED HYDRAULICS, INC.
7737 US-27
JACKSONVILLE, FL 32208

CINTAS CORP. UNIFORMS
11600 NW 173RD STREET SUITE 150
ALACHUA, FL 32615

CITY OF LAKE CITY
205 N. MARION AVENUE
LAKE CITY, FL  32055

CLAYTON INDUSTRIES
17477 HURLEY STREET
LA PUENTE, CA 91744

CLEAN HARBORS ENVIRONMENTAL
42 LONGWATER DRIVE
NORWELL, MA 02061

CLIFTONLARSONALLEN LLP
3575 PIEDMONT ROAD, NE
BUILDING 15, SUITE 1550
ATLANTA, GA 30305

COGBURN BROS., INC.
3300 FAYE ROAD
JACKSONVILLE, FL 32226

CONTACT K-D HERMANN GMBH
HAINBRUNNER STRASSE 97
HIRSCHHORN
DE 69434

COOK'S A/C &  HEATING
1955 SW MAIN BOUELVARD
LAKE CITY, FL 32025

CORNERSTONE SUPPLY INC.
5860 OLD TIMUQUANA ROAD SUITE 1
JACKSONVILLE, FL 32210

CURBELL PLASTICS,  INC.
14746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

D.W.DAVIES & CO., INC.
3200 PHILLIPS AVENUE
RACINE, WI 53401

DIXIE INDUSTRIAL, INC.
5349  HIGHWAY AVENUE
JACKSONVILLE, FL 32254

DSI SECURITY SERVICES
PO BOX 7163
DOTHAN, AL 36302

DUBOSE STRAPPING, INC.
906 INDUSTRIAL DRIVE
CLINTON, NC 28328

EARL W. COLVARD, INC.
DBA BOULEVARD TIRE CENTER
816 SOUTH WOODLAND BOULEVARD
DELAND, FL 32720

EASTERN HYDRAULIC
WILSON IRON WORKS
208 LODGE STREET S.
WILSON, NC 27893

EASTERN INDUSTRIAL SUPPLIES, INC.
1802 DENNIS STREET
JACKSONVILLE, FL  32204

ENTERPRISE
600 CORPORATE PARK DRIVE
SAINT LOUIS, MO 63105

ENVIRONMENTAL PRODUCTS GROUP
2525 CLARCONA ROAD
APOPKA, FL 32703

ENVIROWASTE, LLC
6897 COUNTY ROAD 795
LIVE OAK, FL 32060

ERNEST O.  BROOKS
C/O MARIE A. MATTOX
MATTOX  LAW
310 EAST BRADFORD ROAD
TALLAHASSEE, FL 32303

EXPRESS EMPLOYMENT PROFESSIONALS
471 SW STATE ROAD 247
SUITE 115
LAKE CITY, FL 32025

FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987

FB KETTEN GMBH
STAKELBRAUK 11
ESLOHE-BREMKE
DE 59889

FEDEX
PO BOX 660481
DALLAS, TX 75260

FERRULES DIRECT
44900 ACACCIA LANE
STERLING, VA 20166

FLAGLER CONSTRUCTION EQUIPMENT, LLC
PO BOX 17957
CLEARWATER, FL 33762

FLORIDA POWER & LIGHT
4200 W FLAGLER STREET
MIAMI, FL 33134

FLOTECH,  INC.
3485 EVERGREEN AVENUE
JACKSONVILLE, FL 32206

FOREST LANDOWNERS ASSOCIATION
3300 HIGHLANDS PARKWAY
SUITE 200
SMYRNA, GA 30082

FOUR RIVERS LAND & TIMBER COMPANY
1700 FOLEY LANE
PERRY, FL 32347

FRAZIER &  DEETER
1230 PEACHTREE STREET
ATLANTA, GA 30309

FRONIUS USA, LLC
6797 FRONIUS DRIVE
PORTAGE, IN 46368

FOREST PRODUCTS, INC.
910 BETHEL CHURCH ROAD
LAKE PARK, GA 31636

GA FLATWOODS FOREST PRODUCTS, INC.
910 BETHEL CHURCH ROAD
LAKE PARK, GA  31636

GAINESVILLE ICE COMPANY, INC.
508 SE 11TH AVENUE
GAINESVILLE, FL 32601

GENESIS TIMBER, LLC
360 RANGE STREET
MADISON, FL 32340

GIW INDUSTRIES
1351 SR 60 WEST
MULBERRY, FL 33860

GLOBAL ELECTRONIC SERVICES, INC.
5325 PALMERO COURT
BUFORD, GA 30518
GLSC & COMPANY,  PLLC

GOWEN TIMBER CO.
PO BOX 336
FOLKSTON, GA 31537

GRAYBAR ELECTRIC COMPANY, INC.
1015 S. MAIN STREET
GAINESVILLE, FL 32601

GREAT SOUTH TIMBER & LUMBER, LLC
515 SE BAYA DRIVE
LAKE CITY, FL 32025

H.B. TUTEN JR. LOGGING INC.
3870 US HWY 19  SOUTH
PERRY, FL 32348

HATEC INTERNATIONAL, INC.
10821 TRAIN COURT
HOUSTON, TX 77041

HDS GROUP GMBH
AM EICHHOLZ 16
REMSCHEID
DE 42857

HEARCARE AUDIOLOGY
1701 BOULEVARD SQUARE SUITE F
WAYCROSS, GA 31501

HELUKABEL  USA
1201 WESEMANN DRIVE
DUNDEE, IL 60118

HOFFMANN QUALITY TOOLS
9041 EXECUTIVE PARK DRIVE SUITE 25
KNOXVILLE, TN 37923

HP  INC.
13207 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

HYDRADYNE,  LLC
PO BOX 974799
DALLAS, TX 75397

ID  ZONE
1501 NW 163RD STREET
MIAMI, FL 33169

INDUSTRIAL ELECTRO MECHANICS
1624 DEAN FOREST ROAD
SAVANNAH, GA 31408

JOHN A. CRUCE JR., INC.
PO BOX 86
PERRY, FL 32348

JOHNS LAWN EQUIPMENT
1701 OHIO AVE NORTH LIVE
OAK, FL 32064

JOHNSON & JOHNSON INC.
PO BOX 157
MADISON, FL 32341

JOKELL  INC.
1716 LAMBERT COURT
CHESAPEAKE, VA 23320

JONES TRUCKING REPAIR, LLC
6920 SW  85TH  PLACE
TRENTON, FL 32693

JONES WELDING & INDUSTRIAL SUPPLY, INC.
1359 SCHLEY AVENUE
PO BOX 71826
ALBANY, GA 31708

K&L GATES, LLP, ATTN: APRIL BOYER
200 SOUTH BISCAYNE BOULEVARD
SUITE 3900
MIAMI, FL 33131

KAJO GMBH
BOSCHSTRASSE 13
ANROECHTE
DE 59609

KHN KLAUSNER HOLZ NIEDERSACHSEN
AM BAHNHOF 123
SAALBURG-EBERSDORF 16
DE 07929

KHT KLAUSNER HOLZ THüRINGEN GMBH
AM BAHNHOF 123
SAALBURG-EBERSDORF 16
DE 07929

KLAUSNER HOLZ SACHSEN GMBH
INDUSTRIESTRASSE 1
KODERSDORF 14
14
DE 02923

KLAUSNER TRADING INTERNATIONAL GMBH
BAHNHOFSTRAßE 13
OBERNDORF IN TIROL T
AT 6372

KOBO USA, LLC
115 W LAKE DR.
LIVE OAK, FL 32060

KONECRANES, INC.
4656-6 COLLINS ROAD
JACKSONVILLE, FL 32244

KOP-COAT,  INC.
3040 WILLIAM PITT WAY
PITTSBURGH, PA 15238

KOP-COAT, INC.
436 7TH AVENUE
PITTSBURGH, PA 15219

L&L WOODHAULING, LLC
14280 US HIGHWAY 129 LIVE
OAK, FL 32060

LAND'S HEATING & AIR, LLC
2355 NW 99TH AVENUE
JASPER, FL 32052

LEDINEK
MASCHINEN UND ANLAGEN G.M.B.H.
VöLKERMARKTER STRASSE 1
BLEIBURG/PLIBERK
AT 9150

LIBERTY MUTUAL INSURANCE
640 MARLBORO ROAD
KEENE, NH 03431

LINCK HOLZVERARBEITUNGSTECHNIK GMBH
APPENWEIERER STRASSE 46
OBERKIRCH
DE 77704

LIVE OAK PEST CONTROL, INC.
17856 US HWY 129 SOUTH
MC ALPIN, FL 32062

LONCALA,  INC.
25755 NW 130TH AVENUE
HIGH SPRINGS, FL 32643

LSAB PRODUKTION
AB REPSLAGAREGATAN 21
LAHOM
SE 312 32

LUBE SPECIALISTS OF LAKE CITY, INC.
528 NW GUERDON STREET
LAKE CITY, FL 32056

M.A. RIGONI, INC.
2365 NORTH US 19
PERRY, FL 32347

MADISON ENGINEERING, LLC
269 NE RIDGE  LOOP
MADISON, FL 32340

MAHILD DRYING TECHNOLOGIES
GMBH MEISENWEG 1
NüRTINGEN DE 72622

MCKESSON MEDICAL-SURGICAL
9954 MARYLAND DRIVE
SUITE 4000
RICHMOND, VA 23233

MESUTRONIC
HACKENFELD 13
KIRCHBERG IM WALD
DE 94259

METTLER TOLEDO
806 TYVOLA ROAD
SUITE 108
CHARLOTTE, NC 28290

MICHAEL WEINIG,  INC.
124 CROSSLAKE PARK DRIVE
MOORESVILLE, NC 28117

MOBILE COMMUNICATIONS AMERICA, INC.
4424 BRAGG BOULEVARD
FAYETTEVILLE, NC 28303

MOBILE MODULAR MANAGEMENT CORP.
1100 STATE HWY 559
AUBURNDALE, FL 33823

MSC INDUSTRIAL DIRECT CO., INC.
C/O MARYANN BLAKE
WOODARD & BUTLER, LLC
PO BOX 1906
WALTERBORO, SC 29488

MY SMARTHEALTH, LLC
711 OLD HICKORY ROAD
JACKSONVILLE, FL 32207

NANCY  ALLEN
QUALITY BEARINGS ONLINE
UNIT 4 EDISON BUSINESS CENTRE, RIN
LS13 4ET
LEEDS
GB

NAVIA BENEFIT SOLUTIONS
11400 SE 6TH STREET
BELLEVUE, WA 98004

NEAL LAND & TIMBER COMPANY
15507 SE COASTAL STREET
CAIRO, GA 39827

NIEDAX, INC.
DEPARTMENT L-722
2970 CHARTER STREET
COLUMBUS, OH 43228

NORTON TIMBER, LLC
2401 GA HWY 188 NORTH
CAIRO, GA 39827

ODOM FORESTRY LLC
19228 NW CR 12
BRISTOL, FL 32321

OFFICE DEPOT
PO BOX 1413
CHARLOTTE, NC 28201

OLD RIVER SAWMILL
515 SUNDOWN DRIVE
PRATTVILLE, AL 36067

PACIFIC LUMBER INSPECTION BUREAU
909 SOUTH 336TH STREET
SUITE 203
FEDERAL WAY, WA 98003

PENINSULA PIPELINE
PO BOX 960
WINTER HAVEN, FL 33882

PERFORMANCE HEATING, LLC
333 CURIE DRIVE
ALPHARETTA, GA 30005

PIERCE TIMBER COMPANY, INC.
2943 BOB BOWEN ROAD
BLACKSHEAR, GA 31516

PIONEER JANITORIAL SERVICE OF SUWANNEE VALLEY, INC.
PO BOX 431
LIVE OAK, FL 32064

PLATINUM INSURANCE, LLC
14497 N. DALE MABRY HWY SUITE 215
TAMPA, FL 33618

POWER SYSTEMS INC. OF FLORIDA
355 GUS HIPP BOULEVARD
ROCKLEDGE, FL 32955

POWERTECH CONTROLS CO., INC.
101 CHRISTOPHER STREET
RONKONKOMA, NY 11779

PURE WATER PARTNERS
PRESIDENT/LEGAL DEPARTMENT
DEPT. CH 19648
PALATINE, IL 60055

PURE WATER PARTNERS
PRESIDENT/LEGAL DEPARTMENT
PO BOX 3069
WOBURN, MA 01888

QUALITY SAW WORKS
867 SWEET HOME CHURCH ROAD
MILAN, GA 31060

QUEHENBERGER LOGISTICS DE GMBH
KOLUMBUSSTRASSE 16
HAMBURG
DE 22113

QUENCH
PO BOX 781393
PHILADELPHIA, PA 19178

R&R BETH – ATLANTA
775 GREAT SOUTHWEST PARKWAY
ATLANTA, GA 30336

R&R BETH GMBH
(R&R-TECHNIK GMBH)
GEWERBEGEBIET UNTERLEMNITZ 7
BAD LOBENSTEIN
DE 07356

R.J. NATHE & SONS, INC.
16530 JESSAMINE ROAD
DADE CITY, FL 33523

RADIO SOURCE  LLC
5407 C PORT ROYAL ROAD
SPRINGFIELD, VA 22151

RUDNICK & ENNERS GMBH
AM WEHRHOLZ 9
ALPENROD
DE 57642

SCOTT LUMBER PACKAGING
9222 NE 143RD PLACE
KIRKLAND, WA 98034

SCOTT LUMBER PACKAGING, LLC
C/O RICHARD P. JOBLOVE
12372 SOUTHWEST 82ND AVENUE
MIAMI, FL 33156

SHANDS LIVE OAK REGIONAL MEDICAL
1100 11TH STREET, SW
LIVE OAK, FL 32064

SHERWIN WILLIAMS CO.
1912 WEST US HIGHWAY 90
LAKE CITY, FL 32055

SONICAIRE,  INC.
3831 KIMWELL DRIVE
WINSTON SALEM, NC 27103

SPRINGER MASCHINENFABRIK AG
HANS-SPRINGER-STRASSE 2
FRIESACH / KäRNTEN
AT 9360

STAPLES ADVANTAGE
600 EMBASSY ROW NE
ATLANTA, GA 30328

STOEFFL RUDOLF GES.M.B.H.
GEWERBEPARKSTRASSE 8
HOLZHAUSEN
AT 4615

STRAPPING PRODUCTS INC.
6593 POWERS AVENUE
SUITE 2
JACKSONVILLE, FL 32217

STRATEGIC SYSTEMS, INC.
9310 OLD KINGS ROAD SOUTH
SUITE  1602
JACKSONVILLE, FL 32257

SUNBELT RENTALS, INC.
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

SUWANEE COUNTY TAX ASSESSOR
LAMAR JENKINS
215 PINE AVENUE SW B
LIVE OAK, FL 32064

SUWANNEE COUNTY UTILITY SERVICES
13150 80TH TERRACE
LIVE OAK, FL 32060

SUWANNEE GLASS, INC.
9036 101ST COURT
LIVE OAK, FL 32060

SUWANNEE VALLEY ELECTRIC COOP
11340 100TH STREET
LIVE OAK, FL 32064

TALLADEGA MACHINERY & SUPPLY CO., INC.
375 JOHNSON AVENUE NORTH
TALLADEGA, AL 35161

TALLADEGA MACHINERY & SUPPLY CO., INC.
4450 US-221
MARION, NC 28752

TAMPA ARMATURE WORKS, INC.
6312 78TH STREET
RIVERVIEW, FL 33578

TAYLOR INDUSTRIAL CONSTRUCTION, INC.
1321 SHADY OAK LANE
JASPER, FL 32052

TAYLOR INDUSTRIAL CONSTRUCTION, INC.
C/O CHRISTIAN P. GEORGE
AKERMAN LLP
50 NORTH LAURA STREET, SUITE  3100
JACKSONVILLE, FL 32202

TDS  TECHNOLOGIES
12-1080 CLIVEDEN AVENUE V3M 6G6
DELTA BC CA
TECHNOGROUP  IT-SERVICE-GMBH

TELEGARTNER, INC.
411 DOMENIC COURT
FRANKLIN PARK, IL 60131

THE  CLOTHESLINE
1369 EAST LAFAYETTE STREET
TALLAHASSEE, FL 32301

THE SERVO GROUP
2480 WEST 7TH PLACE
EUGENE, OR 97402

THIRD COAST UNDERWRITERS
200 WEST MADISON
SUITE 3850
CHICAGO, IL 60606

TIGERDIRECT  BUSINESS
1940 EAST MARIPOSA AVENUE
EL SEGUNDO, CA 90245

TIMBER MART-SOUTH
135 PHOENIX ROAD
ATHENS, GA 30605

TKM  GMBH
IN DER FLEUTE 18
REMSCHEID
DE 42897

TR  ELECTRONIC
200 E BIG BEAVER ROAD
TROY, MI 48083

TRANE US,  INC.
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

TRINITY CARTER
17152 46TH TRACE
LIVE OAK, FL 32060

TRINITY CONSULTANTS, INC.
12700 PARK CENTRAL DRIVE SUITE 2100
DALLAS, TX 75251

U.S. LUMBER  COALITION
1750 K STREET, NW, SUITE 800
WASHINGTON, DC 20006

US LEGAL SUPPORT, INC.
16825 NORTHCHASE DRIVE
SUITE 800
HOUSTON, TX 77060

US PREMIUM  FINANCE
280 TECHNOLOGY PARKWAY
SUITE 200
NORCROSS, GA 30092

USNR,  LLC
1981  SCHURMAN WAY
WOODLAND, WA 98674

VALDOSTA #1,  INC.
178 BONHOMIE ROAD
HATTIESBURG, MS 39401

VK NORTH AMERICA, INC.
3808 NORTH SULLIVAN ROAD
BUILDING 15
SUITE C
SPOKANE, WA  99216

VOLLMER OF AMERICA CORP.
105 BROADWAY AVENUE
CARNEGIE, PA 15106

VOLVO FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA, PA 19170

W B HOWLAND CO, LLC
610 11TH STREET
LIVE OAK, FL 32064

W.W. GAY FIRE SYSTEMS, INC
DBA WW GAY FIRE & INTEGRATED SYSTEM INC.
C/O T.J. TOLLEFSEN-TRITT & ASSOCIATES PA
707  PENINSULAR PLACE
JACKSONVILLE, FL 32204

W.W. GAY FIRE SYSTEMS, INC.
522 STOCKTON STREET
JACKSONVILLE, FL 32204

WALTHALL OIL COMPANY
2510 ALLEN ROAD
MACON, GA 31216

WALTS LIVE OAK FORD
1109 NORTH OHIO AVENUE
LIVE OAK, FL 32064

WARE FOREST, INC.
1299 THOMPSON DRIVE
DOUGLAS, GA 31535

WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE
SUITE 700
MINNEAPOLIS, MN 55402

WESSELS COMPANY
3415  PAYSHERE CIRCLE
CHICAGO, IL 60674

WILHELM VOGEL GMBH
ANTRIEBSTECHNIK
STATTMANNSTRAßE 2-6
OBERBOIHINGEN
DE 72644

WILLIAM  SCOTSMAN
809 GLENEAGLES COURT
TOWSON, MD 21286

WILLIAMS BROTHERS TRUCKING INC.
PO BOX 188
HAZLEHURST, GA 31539

WILLIAMS TIMBER, INC.
15 SUNSET LANE
PERRY, FL 32348

WINDSTREAM COMMUNICATIONS
4001 NORTH RODNEY PARHAM ROAD
LITTLE ROCK, AR 72212

WOLSELEY INDUSTRIAL GROUP
12500 JEFFERSON AVENUE
NEWPORT NEWS, VA 23602

WORLD ELECTRIC SUPPLY, INC.
569 STUART LANE
JACKSONVILLE, FL 32254

WW GRAINGER, INC.
DEPT. 885991865
PO BOX 419267
KANSAS CITY, MO 64141

ZENO OFFICE  SOLUTIONS
8701 FLORIDA MINING BOULEVARD
TAMPA, FL 33634

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| KLAUSNER LUMBER ONE LLC | ) | Case No. 20-_____(___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY**
**HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Klausner Lumber One LLC (the "Debtor") hereby states as follows:

1. The Debtor is 100% owned by non-debtor Klausner Holding USA, Inc.

2. Klausner Holding USA, Inc. is 100% owned by non-debtor KNB GmbH (Austria).

3. KNB GmbH is 100% owned by non-debtor Alpha Privatstiftung (Austria).

**Fill in this information to identify the case:**

Debtor name    **Klausner Lumber One LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) AND 7007.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April/26/2020      X _____
                                               Signature of individual signing on behalf of debtor

                                               **Leopold Stephan**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy